IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES L. MARTIN, | § | |
| | § | |
| Plaintiff Below, | § | No. 440, 2023 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DAVID H. NIXON, | § | C.A. No. N17C-08-152 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: April 19, 2024
Decided: June 21, 2024

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## <u>ORDER</u>

After consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its October 31, 2023 order denying the appellant's supplemental amended renewed motion for judgment as a matter of law, the appellant's amended motion to alter or amend the judgment, and the appellant's motion to reopen the judgment.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice